**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01749-CV

### IN RE PENDRAGON TRANSPORTATION LLC, Relator

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-01313-L**

## ORDER

The Court has before it the Petition for Writ of Mandamus filed by Pendragon

Transportation LLC. The Court requests that Real Party in Interest and Respondent file any

responses by January 13, 2014.

.

/s/    ADA BROWN
          JUSTICE